**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009

**ONDERLAW, LLC**
James R. Dowd (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff Ken Warren*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDOZA PUBLISHING, INC., and AVERY CARDOZA *also known as* ALLAN SILBERSTANG,<br><br>Defendants. | Case No. 2:17-cv-01100-JAD-GWF<br><br>**STIPULATION AND ORDER** |

On March 15, 2018, the Court held a hearing on Plaintiff's Motion to Compel Complete Rule 26(a) Disclosures and Requested Documents. During the hearing, the Court requested that the parties attempt another meet and confer to assess whether further action from this Court would be necessary on the pending motion. (*See* ECF No. 80.) The parties meet and conferred on March 15, 2018, as well as on March 16, 2018. As a result of those conferences, Defendants have agreed to provide additional documentation. However, the scope of that documentation may still be an issue for Plaintiff. Nevertheless, in order to allow Defendants sufficient time to review

1

their records and produce the same to Plaintiff, the parties require an additional week. Therefore, the parties respectfully request an additional week, up through and including **March 28, 2018**, in which to either provide the supplemental briefing addressed at the hearing or file a stipulation/notice that the motion has been resolved.

IT IS SO STIPULATED.

Dated this 21st day of March, 2018.

| **DICKINSON WRIGHT PLLC** | **HOFLAND & TOMSHECK** |
|---|---|
| /s/ John L. Krieger<br>JOHN L. KRIEGER, Esq.<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br>Telephone: 702-550-4440<br><br>*Attorneys for Plaintiff* | /s/ Bradley Hofland<br>Bradley Hofland, Esq.<br>228 South 4th Street, 1st Floor<br>Las Vegas, NV 89101<br>Telephone: 702-895-6760<br><br>*Attorney for Defendants* |

IT IS SO ORDERED

Date: 3/22/2018

_____
The Hon. George W. Foley, Jr.
U.S. MAGISTRATE JUDGE