**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009

**ONDERLAW, LLC**
James R. Dowd (Missouri Bar No. 28818MO) (Admitted *Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (Admitted *Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff Ken Warren*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CARDOZA PUBLISHING, INC., and AVERY CARDOZA *also known as* ALLAN SILBERSTANG,<br><br>    Defendants. | Case No. 2:17-cv-01100-JAD-GWF<br><br>**STIPULATION AND ORDER**<br><br>(Second Request) |

On March 15, 2018, the Court held a hearing on Plaintiff's Motion to Compel Complete Rule 26(a) Disclosures and Requested Documents. During the hearing, the Court requested that the parties attempt another meet and confer to assess whether further action from this Court would be necessary on the pending motion. (*See* ECF No. 80.) The parties meet and conferred on March 15, 2018, as well as on March 16, 2018. As a result of those conferences, Defendants have agreed to provide additional documentation. However, the scope of that documentation may still be an issue for Plaintiff. Nevertheless, in order to allow Defendants sufficient time to review their

records and produce the same to Plaintiff, the parties agreed to allow for an additional week to provide an opportunity for that production and evaluation to occur, which the Court granted. (ECF Doc. 82.) Defendants' counsel, unfortunately, was called away on a family issue and did not have the time to work with his clients on the supplemental production. Therefore, the parties seek additional time. The parties respectfully request additional time up through and including **April 6, 2018**, in which to either provide the supplemental briefing addressed at the hearing or file a stipulation/notice that the motion has been resolved.

IT IS SO STIPULATED.

Dated this 29th day of March, 2018.

| **DICKINSON WRIGHT PLLC** | **HOFLAND & TOMSHECK** |
|---|---|
| /s/ John L. Krieger | /s/ Bradley Hofland |
| John L. Krieger, Esq. | Bradley Hofland, Esq. |
| 8363 West Sunset Road, Suite 200 | 228 South 4th Street, 1st Floor |
| Las Vegas, NV 89113 | Las Vegas, NV 89101 |
| Telephone: 702-550-4440 | Telephone: 702-895-6760 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED

Date: 3/30/2018

_____
The Hon. George W. Foley, Jr.
U.S. MAGISTRATE JUDGE

2