JOHN H. GUTKE (Nevada Bar No. 10062)
Email: john@gutkelaw.com
**GUTKE LAW GROUP, PLLC**
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 766-1212
Facsimile: (702) 825-0311

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH C. WARREN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARDOZA PUBLISHING COMPANY and<br>AVERY CARDOZA,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01100-JAD-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants Cardoza Publishing Company and Avery Cardoza ("Defendants") hereby substitute John H. Gutke, Esq. (Nevada Bar No. 10062) of the law firm Gutke Law Group, PLLC as Defendants' attorney of record in place of and instead of Bradley J. Hofland, Esq. of the law firm Hofland & Tomsheck.

Defendants' new attorney's address and contact information is: Address: 9205 W. Russell Rd., Suite 204, Las Vegas, Nevada 89148; Phone: (702) 766-1212; Email: john@gutkelaw.com.

Pursuant to LR IA 11-6(c), both the prior law firm and new law firm consent to the substitution of counsel, as do the Defendants, as indicated by the signatures of all parties below:

We, the undersigned Defendants, hereby consent to the substitution of attorney described above.

*Avery*
Cardoza Publishing
Dated: 4/4/2018

*Avery*
Avery Cardoza
Dated: 4/4/2018

I, the undersigned outgoing attorney for Defendants, consent to the substitution of attorney described above.

Bradley J. Hoffland (Nevada Bar No. 6343)
Hofland & Tomsheck

Dated: 4·4·18

I, the newly substituted attorney for Defendants, am duly admitted to practice in this District, have been retained by Defendants to represent them in this matter, and consent to the substitution as described above:

John H. Gutke (Nevada Bar No. 10062)
Gutke Law Group, PLLC

Dated: 4-5-18

The Substitution of Attorney is hereby APPROVED.

DATED: 4/9/2018

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE