**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009

**ONDERLAW, LLC**
James R. Dowd (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice)*
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff Ken Warren*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDOZA PUBLISHING, INC., and AVERY CARDOZA *also known as* ALLAN SILBERSTANG,<br><br>Defendant. | Case No. 2:17-cv-01100-JAD-GWF<br><br>**STIPULATION AND ORDER**<br><br>**(Second Request)** |

On March 15, 2018, the Court held a hearing on Plaintiff's Motion to Compel Complete Rule 26(a) Disclosures and Requested Documents. During the hearing, the Court requested that the parties attempt another meet and confer to assess whether further action from this Court would be necessary on the pending motion. (*See* ECF No. 80.) The parties meet and conferred on March 15, 2018, as well as on March 16, 2018. As a result of those conferences, Defendants have agreed to provide additional documentation. However, the scope of that documentation may still be an issue for Plaintiff. Nevertheless, in order to allow Defendants sufficient time to review their records and produce the same to Plaintiff, the parties agreed to allow for an additional week to

provide an opportunity for that production and evaluation to occur, which the Court granted. (ECF Doc. 82.) Defendants' counsel, unfortunately, was called away on a family issue and did not have the time to work with his clients on the supplemental production. Therefore, the parties seek additional time.

The parties requested additional time up through and including **April 6, 2018**, in which to either provide the supplemental briefing addressed at the hearing or file a stipulation/notice that the motion has been resolved. (ECF Doc. 84.) The Court entered an order allowing the extension of time to April 6, 2018. (ECF Doc. 85.)

In the interim, Defendants have retained new counsel and have executed a Substitution of Counsel which will be filed with the Court immediately. Defendants' newly retained attorney has contacted Plaintiff's attorney with regard to this matter. In order to allow Defendants' newly retained, soon-to-be substituted counsel additional time to review the pending issues and meet and confer with Plaintiff's counsel, the parties have agreed to additional time up through and including April 20, 2018, in which to either provide the supplemental briefing requested at the hearing or file a stipulation/notice that the motion has been resolved.

IT IS SO STIPULATED.

Dated this 6th day of April, 2018.

| **DICKINSON WRIGHT PLLC** | **HOFLAND & TOMSHECK** |
|---|---|
| /s/ John L. Krieger<br>JOHN L. KRIEGER, Esq.<br>8363 West Sunset Road, Suite 200<br>Las Vegas, NV 89113<br>Telephone: 702-550-4440<br><br>*Attorneys for Plaintiff* | /s/Bradley Hofland<br>Bradley Hofland, Esq.<br>228 South 4th Street, 1st Floor<br>Las Vegas, NV 89101<br>Telephone: 702-895-6760<br><br>*Attorney for Defendants* |

IT IS SO ORDERED

Date: 4/10/2018

The Hon. George W. Foley, Jr.
U.S. MAGISTRATE JUDGE