UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEN WARREN,<br><br>　　　　　　　Plaintiff,<br>v.<br>CARDOZA PUBLISHING, INC., et al.,<br><br>　　　　　　　Defendan[s. | Case No. 2:17-cv-01100-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Gary A. Growe, Esq.'s Motion to Withdraw as Attorney (ECF No. 92), filed on June 18, 2018. Gary A. Growe, Esq. requests that he be removed as attorney of record for Defendants. Counsel indicates that John H. Gutke, Esq. will continue to represent Defendants. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Gary A. Growe, Esq.'s Motion to Withdraw as Attorney (ECF No. 92) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Gary A. Growe, Esq. from the CM/ECF service list in this case.

Dated this 19th day of June, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE