John H. Gutke, Esq. (10062)
GUTKE LAW GROUP, PLLC
9205 West Russell Rd., Ste. 240
Las Vegas, Nevada 89148
Phone: (702) 766-1212
Facsimile: (702) 825-0311
john@gutkelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH C. WARREN,<br><br>Plaintiff,<br><br>v.<br><br>CARDOZA PUBLISHING COMPANY and AVERY CARDOZA, *also known as* ALLAN SILBERSTANG<br><br>Defendants. | Case No.: 2:17-cv-01100-JAD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO SUBMIT A PROPOSED JOINT PRETRIAL ORDER**<br><br>**[Second Request]** |

Defendants Cardoza Publishing, Inc. and Avery Cardoza a/k/a Allan Silberstang ("Defendants") and Plaintiff Ken Warren ("Plaintiff," and together with Defendants, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows:

(1) The current deadline for the Parties to file a proposed joint pretrial order in compliance with LR 16-4 is February 22, 2019.

(2) The Parties require additional time to meet and confer to finalize and file their proposed joint pretrial order, which the parties are in the process of completing. There is no trial date scheduled in this case. Accordingly, the Parties agree to extend the deadline to file the proposed joint pretrial order to **March 25, 2019**.

(3) The Parties have requested one previous extension of the deadline for the proposed joint pretrial order. This further extension is sought in good faith to accommodate the schedules

1

of the Parties and their counsel and allow sufficient time to meet and confer to complete the joint pretrial order. The request is not made for any improper purpose or delay.

DATED this 21st day of February 2019.

| GUTKE LAW GROUP | DICKINSON WRIGHT PLLC |
|---|---|
| /s/ John H. Gutke<br>John H. Gutke, Esq. (NV Bar No. 10062)<br>9205 W. Russell Rd., Suite 240<br>Las Vegas, NV 89148<br>*Attorney for Defendants* | /s/ John L. Krieger<br>John L. Krieger, Esq. (NV Bar No. 6023)<br>Hilary A. Williams, Esq. (NV Bar No. 14645)<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br><br>and<br><br>ONDERLAW, LLC<br>James R. Dowd (MO Bar No. 28818MO) (*Pro Hac Vice*)<br>Matthew P. O'Grady (MO Bar No. 47543MO) (*Pro Hac Vice*)<br>110 East Lockwood, 2nd Floor<br>St. Louis, Missouri 63119<br>Telephone: 314-963-9000<br>Fax: 314-963-1700 |

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
United States Magistrate Judge

DATED: 2/22/2019

2