**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
HILARY A. WILLIAMS (Nevada Bar No. 14645)
Email: hwilliams@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009

**ONDERLAW, LLC**
JAMES R. DOWD (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff Ken Warren*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN, | CASE NO: 2:17-cv-01100-JAD-GWF |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO SUBMIT A PROPOSED JOINT PRETRIAL ORDER** |
| CARDOZA PUBLISHING, INC., and AVERY CARDOZA *also known as* ALLAN SILBERSTANG, | |
| Defendant. | [Third Request] |

Plaintiff Ken Warren ("Plaintiff") and Defendants Cardoza Publishing, Inc. and Avery Cardoza A/K/A Allan Silberstang (together with Cardoza Publishing, Inc., "Defendants," and collectively with Plaintiff, the "Parties") by and through their respective counsel, hereby agree as follows:

1

(1) By stipulation and order, the current deadline for the Parties to file a proposed joint pretrial order is March 25, 2019. (ECF No. 101.)

(2) The Parties seek an additional two weeks to finalize the joint pretrial order. The Parties have diligently been working on the joint pretrial order, but find that they need additional time to work through the final list of exhibits and address the objections that may be included thereto. No trial date has been set in the case. Accordingly, the Parties agree to extend the deadline to file the proposed joint pretrial order to **April 8, 2019**.

(3) This is the third request to extend the deadline for the proposed joint pretrial order. This extension is sought in good faith to accommodate the schedules of the Parties and their counsel and is not requested for any improper purpose or delay.

DATED this 21st day of March 2019.

**DICKINSON WRIGHT PLLC**

/s/ Hilary Williams
John L. Krieger, Esq. (NV Bar No. 6023)
Hilary A. Williams, Esq. (NV Bar No. 14645)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

and

ONDERLAW, LLC
James R. Dowd (MO Bar No. 28818MO) (*Pro Hac Vice*)
Matthew P. O'Grady (MO Bar No. 47543MO) (*Pro Hac Vice*)
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700
*Attorneys for Plaintiff*

**GUTKE LAW GROUP**

/s/ John H. Gutke
John H. Gutke, Esq.
552 East Charleston Boulevard
Las Vegas, Nevada 89104
*Attorney for Defendants*

IT IS SO ORDERED:

/s/ George Foley Jr.
United States Magistrate Judge

DATED: 3/25/2019