**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: JKrieger@dickinson-wright.com
HILARY A. WILLIAMS (Nevada Bar No. 14645)
Email: HWilliams@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: (702) 550-4400
Fax: (844) 670-6009

**ONDERLAW, LLC**
JAMES R. DOWD (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
Fax: (314) 963-1700
*Attorneys for Plaintiff Ken Warren*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARDOZA PUBLISHING, INC.,<br>and AVERY CARDOZA,<br>*a/k/a* ALLAN SILBERSTANG,<br><br>　　　　　Defendant. | CASE NO: 2:17-cv-01100-JAD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO SUBMIT A PROPOSED JOINT PRETRIAL ORDER**<br><br>**[Fourth Request]** |

　　　　Plaintiff Ken Warren ("Plaintiff") and Defendants Cardoza Publishing, Inc. and Avery Cardoza a/k/a Allan Silberstang ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby agree as follows:

　　　　(1)　　By Stipulation and Order, the current deadline for the Parties to file a proposed joint pretrial order is **April 8, 2019**. (ECF No. 104.)

(2) The Parties seek additional time to finalize the joint pretrial order. The Parties have diligently been working on the joint pretrial order. They have exchanged drafts of the joint order and have meet and conferred, but find that they need additional time to work through the final list of exhibits and confer further on them. No trial date has been set in the case. Accordingly, the Parties agree to extend the deadline to file the proposed joint pretrial order one additional week to **April 15, 2019**.

(3) This is the fourth request to extend the deadline for the proposed joint pretrial order. This extension is sought in good faith to accommodate the schedules of the Parties and their counsel and is not requested for any improper purpose or delay.

DATED this **5th** day of April, 2019.

**DICKINSON WRIGHT PLLC**

/s/ John L. Krieger
John L. Krieger, Esq. (NV Bar No. 6023)
Email: JKrieger@dickinson-wright.com
Hilary A. Williams, Esq. (NV Bar No. 14645)
Email: HWilliams@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210
Telephone: (702) 550-4400
Fax: (844) 670-6009
        - and -
**ONDERLAW, LLC**
JAMES R. DOWD
   (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY
   (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
Fax: (314) 963-1700
*Attorneys for Plaintiff*

DATED this **5th** day of April, 2019.

**GUTKE LAW GROUP**

/s/ John H. Gutke
John H. Gutke, Esq.
552 East Charleston Boulevard
Las Vegas, NV 89104
Telephone: (702) 766-1212
Fax: (702) 825-0311
Email: john@gutkelaw.com
*Attorney for Defendants*

**IT IS SO ORDERED:**

_____
United States District Judge
Dated: April 8, 2019.