1  **DICKINSON WRIGHT PLLC**
   JOHN L. KRIEGER (Nevada Bar No. 6023)
2  Email: JKrieger@dickinson-wright.com
   HILARY A. WILLIAMS (Nevada Bar No. 14645)
3  Email: HWilliams@dickinsonwright.com
4  8363 West Sunset Road, Suite 200
   Las Vegas, NV 89113
5  Telephone: (702) 550-4400
   Fax: (844) 670-6009
6

7  **ONDERLAW, LLC**
   JAMES R. DOWD (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
8  Email: jim@dowdj.com
   MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
9  Email: mpo@onderlaw.com
   110 East Lockwood, 2nd Floor
10 St. Louis, MO 63119
   Telephone: (314) 963-9000
11 Fax: (314) 963-1700
12 *Attorneys for Plaintiff Ken Warren*

13                **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
14

15 KEN WARREN,                          CASE NO: 2:17-cv-01100-JAD-GWF

16                        Plaintiff,

17     vs.                              **STIPULATION AND ORDER**
                                        **EXTENDING THE DEADLINE TO**
18                                      **SUBMIT A PROPOSED JOINT**
   CARDOZA PUBLISHING, INC.,            **PRETRIAL ORDER**
19 and AVERY CARDOZA,
   *a/k/a* ALLAN SILBERSTANG,           **[Fifth Request]**   ECF No. 107
20
                        Defendant.
21

22        Plaintiff Ken Warren ("Plaintiff") and Defendants Cardoza Publishing, Inc. and Avery

23 Cardoza a/k/a Allan Silberstang ("Defendants") (collectively "the Parties"), by and through their

24 respective counsel, hereby agree as follows:

25        (1)    By Stipulation and Order, the current deadline for the Parties to file a proposed

26 joint pretrial order is April 15, 2019. (ECF No. 106.)

27        (2)    The Parties seek one final extension for additional time to finalize the joint

28 pretrial order. The Parties have diligently been working on the joint pretrial order.  Counsel for

                                        1

the Parties met in person for two and a half hours on Monday, April 15, 2019, to identify and confirm their list of stipulated exhibits; however, they each agreed they need additional time to confer with their respective clients, finalize their stipulations and list of uncontested facts, and reorganize the exhibits. No trial date has been set in the case. Accordingly, the Parties agree to extend the deadline to file the proposed joint pretrial order one final time to this Friday, **April 19, 2019**.

(3) This is the fifth request to extend the deadline for the proposed joint pretrial order. This extension is sought in good faith to accommodate the schedules of the Parties and their counsel and is not requested for any improper purpose or delay.

DATED this 15th day of April, 2019.          DATED this 15th day of April, 2019.

**DICKINSON WRIGHT PLLC**                    **GUTKE LAW GROUP**

 /s/ John L. Krieger                          /s/ John H. Gutke
John L. Krieger, Esq. (NV Bar No. 6023)      John H. Gutke, Esq. (NV Bar No. 10062)
Email: JKrieger@dickinson-wright.com         552 East Charleston Boulevard
Hilary A. Williams, Esq. (NV Bar No. 14645)  Las Vegas, NV 89104
Email: HWilliams@dickinson-wright.com        Telephone: (702) 766-1212
8363 West Sunset Road, Suite 200             Fax: (702) 825-0311
Las Vegas, NV 89113-2210                     Email: john@gutkelaw.com
Telephone: (702) 550-4400                    *Attorney for Defendants*
Fax: (844) 670-6009
          - and -
**ONDERLAW, LLC**
JAMES R. DOWD
   (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY
   (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
Fax: (314) 963-1700
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States District Judge
                    4-17-19
Dated: _____

2