**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: JKrieger@dickinson-wright.com
HILARY A. WILLIAMS (Nevada Bar No. 14645)
Email: HWilliams@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: (702) 550-4400
Fax: (844) 670-6009

**ONDERLAW, LLC**
JAMES R. DOWD (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
Fax: (314) 963-1700
*Attorneys for Plaintiff Ken Warren*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN, <br><br> Plaintiff, <br><br> vs. <br><br> CARDOZA PUBLISHING, INC., and AVERY CARDOZA, *a/k/a* ALLAN SILBERSTANG, <br><br> Defendant. | CASE NO: 2:17-cv-01100-JAD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTION FOR RECONSIDERATION [ECF No. 118]** <br><br> **[First Request]** |

Plaintiff Ken Warren and Defendants Cardoza Publishing, Inc. and Avery Cardoza a/k/a Allan Silberstang, by and through their respective counsel, hereby stipulate that the deadline for Plaintiff to file and serve his opposition to Defendants' Motion for Reconsideration (currently due on or before July 23, 2019), shall be extended to July 30, 2019. The parties also agree that Defendants' reply will be due on or before August 13, 2019.

1

This is the first request to extend the briefing on this Motion. This request is made in good faith to accommodate the schedules of the parties and their counsel, and is not requested for any improper purpose or delay.

DATED this 16th day of July 2019.         DATED this 16th day of July 2019.

**DICKINSON WRIGHT PLLC**                 **GUTKE LAW GROUP**

/s/ John L. Krieger                       /s/ John H. Gutke
John L. Krieger, Esq. (NV Bar No. 6023)   John H. Gutke, Esq. (NV Bar No. 10062)
Email: JKrieger@dickinson-wright.com      552 East Charleston Boulevard
Hilary A. Williams, Esq. (NV Bar No. 14645) Las Vegas, NV 89104
Email: HWilliams@dickinson-wright.com     Telephone: (702) 766-1212
8363 West Sunset Road, Suite 200          Fax: (702) 825-0311
Las Vegas, NV 89113-2210                  Email: john@gutkelaw.com
Telephone: (702) 550-4400                 *Attorney for Defendants*
Fax: (844) 670-6009

- and –

**ONDERLAW, LLC**
JAMES R. DOWD
   (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY
   (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314) 963-9000
Fax: (314) 963-1700
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
The Honorable Jennifer A. Dorsey

Dated: 7/17/2019