**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER (Nevada Bar No. 6023)
Email: jkrieger@dickinsonwright.com
HILARY WILLIAMS (Nevada Bar No. 14645)
Email: hwilliams@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440
Fax: 844-670-6009

**ONDERLAW, LLC**
James R. Dowd (Missouri Bar No. 28818MO) (*Pro Hac Vice*)
Email: jim@dowdj.com
MATTHEW P. O'GRADY (Missouri Bar No. 47543MO) (*Pro Hac Vice*)
Email: mpo@onderlaw.com
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff Ken Warren*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEN WARREN,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDOZA PUBLISHING, INC., and AVERY CARDOZA *also known as* ALLAN SILBERSTANG,<br><br>Defendant. | Case No. 2:17-cv-01100-JAD-EJY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE**<br><br>ECF No. 129 |

Plaintiff Ken Warren ("Plaintiff"), by and through his attorneys, the undersigned law firms of Dickinson Wright PLLC and Onderlaw, LLC, respectfully requests an order extending time to file Motions in Limine to Thursday, September 12, 2019.

Pursuant to Local Rule 16-3 and the Court's Order (ECF No. 110), the parties must meet and confer about the substance of each contemplated in limine issue prior to filing the motions.

1

1   The deadline to file motions in limine is currently September 9, 2019; however, under Federal
2   Rule of Civil Procedure 6(b)(1), the Court may extend deadlines for good cause.

3           Here, Plaintiff's counsel has spent several days trying to engage Defendant's counsel in a
4   "meet and confer" regarding motions in limine, but to no avail. Plaintiff's counsel has sent
5   numerous emails and left voicemails with Defendant's counsel attempting to address the issues
6   relevant to the motions in limine Plaintiff intends to file. *See* Krieger Decl. attached hereto as
7   **Exhibit "1."** The Court's trial scheduling order and the Local Rules leave Plaintiff little choice
8   other than to file the instant motion in order to seek direction from the Court and preserve
9   Plaintiff's right to file motions in limine. Moreover, filing motions in limine regarding issues that
10  could be resolved between the parties would be a waste of the Court's time and resources.

11          Plaintiff seeks an order extending the time in which Plaintiff may file motions in limine so
12  as to provide a minimal and restricted grace period to Defendants' counsel. However, in the event
13  Defendants' counsel continues to refuse to communicate on the issue, Plaintiff seeks an order
14  allowing him motions in limine without further delay on or by **September 12, 2019.** This is the
15  first request to extend this deadline. This request is made in good faith and not for the purpose of
16  delay.
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

For the foregoing reasons, Plaintiff respectfully requests that the deadline to file motions in limine be extended to **September 12, 2019**, and that if Defendants' counsel refuses to "meet and confer" over said motions, Plaintiff need not wait longer and is granted leave to file them without further delay.

DATED this 9th day of September, 2019.

**DICKINSON WRIGHT PLLC**

JOHN L. KRIEGER, Nevada Bar No. 6023
HILARY WILLIAMS Nevada Bar No. 14645
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: 702-550-4440

**ONDERLAW, LLC**
James R. Dowd (*Pro Hac Vice*)
Missouri Bar No. 28818MO
Matthew P. O'Grady (*Pro Hac Vice*)
Missouri Bar No. 47543MO
110 East Lockwood, 2nd Floor
St. Louis, Missouri 63119
Telephone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff*

**Good cause appearing, IT IS SO ORDERED. Counsel is reminded that any motions in limine must be presented as a single, omnibus motion and not as separate motions. In the event that defense counsel refuses to meet and confer, plaintiff's counsel is instructed to so report in the affidavit that accompanies its omnibus motion in limine.**

_____
U.S. District Judge    9-10-19